GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RAYNETTE M. LOGAN
Assistant U.S. Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
*Attorneys for Plaintiff*

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 6 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>Ronald Lee Juan, Jr.,<br><br>              Defendant. | NO.    CR-21-00885-PHX-JJT (DMF)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D)<br>(CIR-Aggravated Sexual Abuse of a Minor)<br>Counts 1-3<br><br>18 U.S.C. §§ 1153, 2241(c), and 2246(2)(B)<br>(CIR-Aggravated Sexual Abuse of a Minor)<br>Counts 4&6<br><br>18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A)<br>(CIR-Aggravated Sexual Abuse of a Minor)<br>Count 5<br><br>18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3)<br>(CIR-Abusive Sexual Contact of a Minor)<br>Count 7 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between September 22, 2016 and September 21, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country,

RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved the intentional touching, not through the clothing, of the genitalia of the victim, with an object, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, to wit: the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(D).

### COUNT 2

On or between September 22, 2016 and September 21, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved the intentional touching, not through the clothing, of the genitalia of the victim, with defendant's hand and finger, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, to wit: the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(D).

### COUNT 3

On or between September 24, 2016 and September 21, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved the intentional touching, not through the clothing, of the genitalia of the victim, with defendant's penis, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, to wit: a few days after the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(D).

### COUNT 4

On or between September 24, 2016 and September 21, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's mouth, to wit: a few days after the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(B).

### COUNT 5

On or between September 22, 2018 and December 31, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's anus, upon penetration, however slight, to wit: the last time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(A).

### COUNT 6

On or between September 22, 2018 and December 31, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's mouth, upon penetration, however slight, to wit: the last time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(B).

## COUNT 7

On or between September 22, 2018 and December 31, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, RONALD LEE JUAN, JR., an Indian, did knowingly engage in and attempt to engage in a sexual contact with the victim, Jane Doe, a child under the age of 12. The sexual contact involved the intentional touching, directly and through the clothing, of the defendant's penis to the victim's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246(3).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 26, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
RAYNETTE M. LOGAN
Assistant U.S. Attorney